**UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA**

10/23/2019

IN RE:

AMY B WALTER
438 N BROAD ST.
GROVE CITY,  PA  16127
XXX-XX-0371          Debtor(s)

Case No.15-10261 TPA

Chapter 13

### NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

<u>/s/ RONDA J. WINNECOUR</u>
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

10/23/2019

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| | | |
|---|---|---|
| **PEOPLES NATURAL GAS CO LLC*** | Trustee Claim Number: 1   INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| ATTN BANKRUPTCY DEPARTMENT | Court Claim Number: 14 | ACCOUNT NO.: 9907 |
| 375 NORTH SHORE DR | CLAIM: 2,057.52 | |
| PITTSBURGH, PA 15212 | COMMENT: NT/SCH*210000269907 | |
| **PRA RECEIVABLES MANAGEMENT LLC - AGNT** | Trustee Claim Number: 2   INT %: 1.90% | CRED DESC: VEHICLE |
| PO BOX 12914 | Court Claim Number: 6 | ACCOUNT NO.: 4000 |
| | CLAIM: 11,901.37 | |
| NORFOLK, VA 23541 | COMMENT: CLM GOV@1.9%*12396@0%MDF/PL*PRORATA/PL*FR ALLY BANK-DOC 44 | |
| **LAKEVIEW LOAN SERVICING LLC** | Trustee Claim Number: 3   INT %: 0.00% | CRED DESC: MORTGAGE REGULAR PAYME[N] |
| C/O FLAGSTAR BANK FSB | Court Claim Number: 21 | ACCOUNT NO.: 8906 |
| PO BOX 660263 | CLAIM: 0.00 | |
| DALLAS, TX 75299 | COMMENT: PMT/DECL*PL@CHASE MTG*DKT4PMT-LMT*BGN 4/15*FR JPMORGAN CHASE-DO[C] | |
| **INTERNAL REVENUE SERVICE*** | Trustee Claim Number: 4   INT %: 0.00% | CRED DESC: PRIORITY CREDITOR |
| CENTRALIZED INSOLVENCY-TRUSTEE REMITS | Court Claim Number: 11-2 | ACCOUNT NO.: ...0371 |
| PO BOX 7317 | CLAIM: 443.15 | |
| PHILADELPHIA, PA 19101-7317 | COMMENT: 450@0%/PL*AMD | |
| **AES (AMERICAN EDUCATION SRVCS)** | Trustee Claim Number: 5   INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| 1200 N SEVENTH ST 2ND FL* | Court Claim Number: | ACCOUNT NO.: 4445007499PA00001-00019 |
| ATTN DDB TEAM | CLAIM: 0.00 | |
| HARRISBURG, PA 17104-1444 | COMMENT: NO$~14 ACNTS~KEYSTONE/SCH | |
| **AES (AMERICAN EDUCATION SRVCS)** | Trustee Claim Number: 6   INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| 1200 N SEVENTH ST 2ND FL* | Court Claim Number: | ACCOUNT NO.: 4445007499PA00020 & 23 |
| ATTN DDB TEAM | CLAIM: 0.00 | |
| HARRISBURG, PA 17104-1444 | COMMENT: NO$~2 ACNTS~NCT/SCH | |
| **ECMC(*)** | Trustee Claim Number: 7   INT %: 0.00% | CRED DESC: UNSECURED  (S) |
| LOCKBOX #8682 | Court Claim Number: 8 | ACCOUNT NO.: 0371 |
| PO BOX 16478 | CLAIM: 0.00 | |
| ST PAUL, MN 55116-0478 | COMMENT: PMT/CONF*50x60+2=LMT*FR PHEAA-DOC 40 | |
| **AES/PHEAA** | Trustee Claim Number: 8   INT %: 0.00% | CRED DESC: UNSECURED  (S) |
| PO BOX 1375 | Court Claim Number: | ACCOUNT NO.: 1003 |
| | CLAIM: 0.00 | |
| BUFFALO, NY 14240-1375 | COMMENT: PMT/CONF*50x60+2=LMT*PHEAA 2012-1 FRN/SCH | |
| **AES/PHEAA** | Trustee Claim Number: 9   INT %: 0.00% | CRED DESC: UNSECURED  (S) |
| PO BOX 1375 | Court Claim Number: | ACCOUNT NO.: 1002 |
| | CLAIM: 0.00 | |
| BUFFALO, NY 14240-1375 | COMMENT: PMT/CONF*50x60+2=LMT*PNC BANK/SCH | |
| **AES/PHEAA** | Trustee Claim Number: 10   INT %: 0.00% | CRED DESC: UNSECURED  (S) |
| PO BOX 1375 | Court Claim Number: | ACCOUNT NO.: 1001 |
| | CLAIM: 0.00 | |
| BUFFALO, NY 14240-1375 | COMMENT: PMT/CONF*50x60+2=LMT*PNC BANK/SCH | |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account No. |
|---|---|---|---|
| **AES/PHEAA**<br>PO BOX 1375<br>BUFFALO, NY 14240-1375 | Trustee Claim Number: 11  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NO$~6 ACNTS/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 20968037100014-19 |
| **AES (AMERICAN EDUCATION SRVCS)**<br>1200 N SEVENTH ST 2ND FL*<br>ATTN DDB TEAM<br>HARRISBURG, PA 17104-1444 | Trustee Claim Number: 12  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NO$~2 ACNTS/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4445007499PA00024-25 |
| **AFNI**<br>P.O. BOX 3097<br>BLOOMINGTON, IL 61702 | Trustee Claim Number: 13  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NO$~DIRECTV/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1041603882 |
| **BBY/CBNA**<br>POB 6497<br>SIOUX FALLS, SD 57117 | Trustee Claim Number: 14  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NT ADR~NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5268350249141701 |
| **BANK OF AMERICA NA***<br>PO BOX 15102<br>WILMINGTON, DE 19886-5102 | Trustee Claim Number: 15  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NT ADR~NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9418 |
| **CACH LLC**<br>PO BOX 10587<br>GREENVILLE, SC 29603-0587 | Trustee Claim Number: 16  INT %: 0.00%<br>Court Claim Number: 3 | CLAIM: 175.00<br>COMMENT: CAP 1 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0906 |
| **CAPITAL ONE(*)**<br>6125 LAKEVIEW RD STE 800<br>CHARLOTTE, NC 28269 | Trustee Claim Number: 17  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5268350249141701 |
| **CAPITAL ONE(*)**<br>6125 LAKEVIEW RD STE 800<br>CHARLOTTE, NC 28269 | Trustee Claim Number: 18  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 300601-0897455277 |
| **CAPITAL ONE AUTO FINANCE**<br>ATTN BANKRUPTCY PAYMENTS<br>PO BOX 260848*<br>PLANO, TX 75026-0848 | Trustee Claim Number: 19  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NT ADR~NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 62062193778921001 |
| **JPMORGAN CHASE BANK NA**<br>PO BOX 15298<br>WILMINGTON, DE 19850 | Trustee Claim Number: 20  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4185865222283538 |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account No. |
|---|---|---|---|
| **JPMORGAN CHASE BANK NA**<br>PO BOX 15298<br>WILMINGTON, DE 19850 | Trustee Claim Number: 21  INT %: 0.00%<br>Court Claim Number:  | CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4266841111378137 |
| **CITIZENS BANK***<br>1 CITIZENS DRIVE<br>RIVERSIDE, RI 02915 | Trustee Claim Number: 22  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NT ADR~NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4837 |
| **COMENITY BANK**<br>PO BOX 182272<br>COLUMBUS, OH 43218 | Trustee Claim Number: 23  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NT ADR~NO$~ANNTYLR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5856373029449209 |
| **COMENITY BANK**<br>PO BOX 182272<br>COLUMBUS, OH 43218 | Trustee Claim Number: 24  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NT ADR~NO$~LNBRYANT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6978005005383074 |
| **COMENITY BANK**<br>PO BOX 182272<br>COLUMBUS, OH 43218 | Trustee Claim Number: 25  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NT ADR~NO$~NWYRK&CO/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 557550303 |
| **COMENITY BANK**<br>PO BOX 182272<br>COLUMBUS, OH 43218 | Trustee Claim Number: 26  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NT ADR~NO$~VCTRSSEC/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 124147872048454 |
| **COMENITY CAPITAL BANK**<br>C/O QUANTUM3 GROUP LLC<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | Trustee Claim Number: 27  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NT ADR~NO$~JJILL/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5780979923407480 |
| **DISCOVER BANK(*)**<br>C/O DISCOVER FINANCIAL SVCS<br>POB 3025<br>NEW ALBANY, OH 43054 | Trustee Claim Number: 28  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NO$~GLELSI/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2822037090961312 |
| **DISCOVER STUDENT LOANS**<br>PO BOX 6107<br>CAROL STREAM, IL 60197 | Trustee Claim Number: 29  INT %: 0.00%<br>Court Claim Number: 1 | CLAIM: 6,988.94<br>COMMENT: 79031962781/SCH*7218/CL*FR DISCOVER STUDENT LOANS-DOC 49 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0118 |
| **DISCOVER STUDENT LOANS**<br>PO BOX 6107<br>CAROL STREAM, IL 60197 | Trustee Claim Number: 30  INT %: 0.00%<br>Court Claim Number: 2 | CLAIM: 6,838.86<br>COMMENT: 79031962780/SCH*7219/CL*FR DISCOVER-DOC 50 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0119 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **G JWL/CBSD**<br>POB 6497<br><br>SIOUX FALLS, SD  57117 | Trustee Claim Number:31  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6035253044135318 |
| **JEFFERSON CAPITAL SYSTEMS LLC***<br>PO BOX 772813<br><br>CHICAGO, IL  60677-2813 | Trustee Claim Number:32  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: SIM EDUCATION CRDT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3033320968003 |
| **JEFFERSON CAPITAL SYSTEMS LLC***<br>PO BOX 772813<br><br>CHICAGO, IL  60677-2813 | Trustee Claim Number:33  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: SIM EDUCATION CRDT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3033301341003 |
| **JEFFERSON CAPITAL SYSTEMS LLC***<br>PO BOX 772813<br><br>CHICAGO, IL  60677-2813 | Trustee Claim Number:34  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: SIM EDUCATION CRDT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3033306121003 |
| **JACK AND JILL/CBSD**<br>POB 6497<br><br>SIOUX FALLS, SD  57117 | Trustee Claim Number:35  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6011655610431228 |
| **JPMORGAN CHASE BANK NA**<br>PO BOX 15298<br><br>WILMINGTON, DE  19850 | Trustee Claim Number:36  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: NT ADR~NO$~JPM/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: CM032RS68971 |
| **LANE BRYANT**<br>POB 182121<br><br>COLUMBUS, OH  43218 | Trustee Claim Number:37  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: NT ADR~NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6978005005383074 |
| **DEPARTMENT STORES NATIONAL BANK/MACYS**<br>C/O TRANSWORLD SYSTEMS INC<br>PO BOX 4275<br><br>NORCROSS, GA  30091 | Trustee Claim Number:38  INT %:  0.00%<br>Court Claim Number:5<br>CLAIM:  544.76<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5199 |
| **AMERICAN INFOSOURCE LP AGENT - MIDLAND**<br>PO BOX 268941<br><br>OKLAHOMA CITY, OK  73126-8941 | Trustee Claim Number:39  INT %:  0.00%<br>Court Claim Number:4<br>CLAIM:  652.03<br>COMMENT: CITIBANK | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6627 |
| **NAVIENT SOLUTIONS INC**<br>PO BOX 9000<br><br>WILKES-BARRE, PA  18773-9000 | Trustee Claim Number:40  INT %:  0.00%<br>Court Claim Number:10<br>CLAIM:  16,333.59<br>COMMENT: 5029350473545643/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0371 |

| Creditor | Claim Info | Creditor Info |
|---|---|---|
| **NAVIENT SOLUTIONS INC**<br>PO BOX 9000<br><br>WILKES-BARRE, PA 18773-9000 | Trustee Claim Number:41 INT %: 0.00%<br>Court Claim Number:9<br><br>CLAIM: 7,240.50<br>COMMENT: 5029350473545536/SCH*8/2006 LOAN | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0371 C/O 0141 |
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 12914<br><br>NORFOLK, VA 23541 | Trustee Claim Number:42 INT %: 0.00%<br>Court Claim Number:15<br><br>CLAIM: 1,293.50<br>COMMENT: GECRB~HOME DESIGN | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1707 |
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 12914<br><br>NORFOLK, VA 23541 | Trustee Claim Number:43 INT %: 0.00%<br>Court Claim Number:17<br><br>CLAIM: 1,158.71<br>COMMENT: GECRB~AMAZON.COM | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2373 |
| **SEARS/CITI CARD USA*++**<br>BANKRUPTCY DEPT*<br>POB 182149*<br>COLUMBUS, OH 43218 | Trustee Claim Number:44 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 65486977 |
| **JEFFERSON CAPITAL SYSTEMS LLC***<br>PO BOX 772813<br><br>CHICAGO, IL 60677-2813 | Trustee Claim Number:45 INT %: 0.00%<br>Court Claim Number:18<br><br>CLAIM: 13,466.20<br>COMMENT: SLM EDCTN CRDT FNL~2096803711013,26,46,56,66~ NO$~8 ACNTS/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0114 |
| **SYNCHRONY BANK++**<br>C/O RECOVERY MANAGEMENT SYSTEMS CORP<br>25 SE 2ND AVE STE 1120<br>MIAMI, FL 33131-1605 | Trustee Claim Number:46 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR~NO$~AMAZON/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6045781001782373 |
| **SYNCHRONY BANK++**<br>C/O RECOVERY MANAGEMENT SYSTEMS CORP<br>25 SE 2ND AVE STE 1120<br>MIAMI, FL 33131-1605 | Trustee Claim Number:47 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR~NO$~GAP/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6018595528823566 |
| **SYNCHRONY BANK++**<br>C/O RECOVERY MANAGEMENT SYSTEMS CORP<br>25 SE 2ND AVE STE 1120<br>MIAMI, FL 33131-1605 | Trustee Claim Number:48 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR~NO$~HOME DESIGN FURN/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6034610909661707 |
| **SYNCHRONY BANK++**<br>C/O RECOVERY MANAGEMENT SYSTEMS CORP<br>25 SE 2ND AVE STE 1120<br>MIAMI, FL 33131-1605 | Trustee Claim Number:49 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR~NO$~JCP/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6008893466804089 |
| **SYNCHRONY BANK++**<br>C/O RECOVERY MANAGEMENT SYSTEMS CORP<br>25 SE 2ND AVE STE 1120<br>MIAMI, FL 33131-1605 | Trustee Claim Number:50 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR~NO$*OLD NAVY/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6018596236616292 |

| Creditor | Trustee Claim | Cred Desc / Account |
|---|---|---|
| **SYNCHRONY BANK++**<br>C/O RECOVERY MANAGEMENT SYSTEMS CORP<br>25 SE 2ND AVE STE 1120<br>MIAMI, FL 33131-1605 | Trustee Claim Number: 51  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~NO$*WHITEHALL/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5046620219639267 |
| **TD BANK USA NA\*\***<br>C/O WEINSTEIN & RILEY PS<br>PO BOX 3978<br>SEATTLE, WA 98124 | Trustee Claim Number: 52  INT %: 0.00%<br>Court Claim Number: 7<br>CLAIM: 805.02<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5790 |
| **ECMC(\*)**<br>LOCKBOX #8682<br>PO BOX 16478<br>ST PAUL, MN 55116-0478 | Trustee Claim Number: 53  INT %: 0.00%<br>Court Claim Number: 16<br>CLAIM: 0.00<br>COMMENT: PMT/CONF*50x60+2=LMT*GSL~ATL/SCH | CRED DESC: UNSECURED  (S)<br>ACCOUNT NO.: 0371 |
| **US DEPARTMENT OF EDUCATION++**<br>PO BOX 4222<br>IOWA CITY, IA 52244 | Trustee Claim Number: 54  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~NO$~GLELSI/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3822037090797577 |
| **NATIONAL COLLEGIATE TRUST**<br>C/O TOTAL DEBT MANAGEMENT<br>PO BOX 2402<br>COLUMBUS, GA 31902-2402 | Trustee Claim Number: 55  INT %: 0.00%<br>Court Claim Number: 12<br>CLAIM: 27,152.43<br>COMMENT: 20699638/SCH*CL DKT  LOAN 020P | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0371 |
| **INTERNAL REVENUE SERVICE\***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br>PHILADELPHIA, PA 19101-7317 | Trustee Claim Number: 56  INT %: 0.00%<br>Court Claim Number: 11-2<br>CLAIM: 262.48<br>COMMENT: NO GEN UNS/SCH*AMD | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...0371 |
| **LAKEVIEW LOAN SERVICING LLC**<br>C/O FLAGSTAR BANK FSB<br>PO BOX 660263<br>DALLAS, TX 75299 | Trustee Claim Number: 57  INT %: 0.00%<br>Court Claim Number: 21<br>CLAIM: 840.56<br>COMMENT: CL21GOV*ARRS NT PROV/PL*THRU 3/15*FR JPMORGAN CHASE BANK-DOC 57 | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 8906 |
| **NATIONAL COLLEGIATE STUDENT LOAN TRUST**<br>C/O TRANSWORLD SYSTEMS INC<br>PO BOX 2402<br>COLUMBUS, GA 31902-2402 | Trustee Claim Number: 58  INT %: 0.00%<br>Court Claim Number: 13<br>CLAIM: 3,389.86<br>COMMENT: ACCT NT/SCH*LN 023P | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0371 |
| **ECMC(\*)**<br>LOCKBOX #8682<br>PO BOX 16478<br>ST PAUL, MN 55116-0478 | Trustee Claim Number: 59  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: MOVED CL TO PL PROVISION | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...0371 |
| **JEFFERSON CAPITAL SYSTEMS LLC\***<br>PO BOX 772813<br>CHICAGO, IL 60677-2813 | Trustee Claim Number: 60  INT %: 0.00%<br>Court Claim Number: 19<br>CLAIM: 8,575.35<br>COMMENT: SLM EDCTN CRDT FNCL*SCH @ CID 45 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0111 |

| | | |
|---|---|---|
| **JEFFERSON CAPITAL SYSTEMS LLC*** | Trustee Claim Number:61  INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 772813 | Court Claim Number:20 | ACCOUNT NO.: 0112 |
| | CLAIM: 22,635.56 | |
| CHICAGO, IL  60677-2813 | COMMENT: SLM EDCNTN CRDT FNL*SCH @ CID 45 | |
| **JAMES C WARMBRODT ESQ** | Trustee Claim Number:62  INT %: 0.00% | CRED DESC: NOTICE ONLY |
| KML LAW GROUP PC | Court Claim Number: | ACCOUNT NO.: |
| 701 MARKET ST STE 5000 | | |
| | CLAIM: 0.00 | |
| PHILADELPHIA, PA  19106 | COMMENT: FLAGSTAR/PRAE | |

Case 15-10261-TPA    Doc 62    Filed 10/23/19    Entered 10/23/19 15:32:35    Desc
Page 9 of 9