**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | |
| AMY B WALTER | Case No. 15-10261TPA |
| Debtor(s) | |
| RONDA J. WINNECOUR, Standing Chapter 13 Trustee, | Chapter 13 |
| Movant | Document No __ |
| vs. | |
| AES/PHEAA | |
| Respondents | |

**NOTICE OF FUNDS ON RESERVE**

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

The creditor has informed the Trustee that the account has been paid in full. No further payments will be issued on this debt unless the creditor provides timely notice to the Trustee that this information was in error and acknowledges that it will accept future payments.

DEBT IS BEING TREATED AS A LONG TERM DEBT IN THE PLAN.

| | |
|---|---|
| AES/PHEAA | Court claim# /Trustee CID# 8 |
| PO BOX 1375 | |
| BUFFALO, NY 14240-1375 | |

The Movant further certifies that on 11/27/2019 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

|  |  |
|---|---|
|  | /s/ Ronda J. Winnecour |
|  | RONDA J WINNECOUR PA ID #30399 |
|  | CHAPTER 13 TRUSTEE WD PA |
|  | 600 GRANT STREET |
| cc:  debtor(s) | SUITE 3250 US STEEL TWR |
|      original creditor | PITTSBURGH, PA  15219 |
|      putative creditor | (412) 471-5566 |
|      counsel for debtor(s) | cmecf@chapter13trusteewdpa.com |
|      counsel for the creditor(s) (if known) | |

| | |
|---|---|
| DEBTOR(S):<br>AMY B WALTER, 438 N BROAD ST., GROVE CITY, PA  16127 | DEBTOR'S COUNSEL:<br>LOUIS POMERICO ESQ, POMERICO & DIMEO, 2910 WILMINGTON ROAD, NEW CASTLE, PA  16105 |
| ORIGINAL CREDITOR:<br>AES/PHEAA, PO BOX 1375, BUFFALO, NY  14240-1375 | |
| NEW CREDITOR: | |