**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | |
| AMY B WALTER | Case No. 15-10261TPA |
| Debtor(s) | Chapter 13 |
| RONDA J. WINNECOUR, Standing Chapter 13 Trustee, | |
| Movant | Document No __ |
| vs. | |
| AES/PHEAA | |
| Respondents | |

### NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

The creditor has informed the Trustee that the account has been paid in full. No further payments will be issued on this debt unless the creditor provides timely notice to the Trustee that this information was in error and acknowledges that it will accept future payments.

DEBT IS BEING TREATED AS A LONG TERM DEBT IN THE PLAN.

AES/PHEAA                                         Court claim# /Trustee CID# 9
PO BOX 1375
BUFFALO, NY 14240-1375

The Movant further certifies that on 11/27/2019 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

cc:  debtor(s)
     original creditor
     putative creditor
     counsel for debtor(s)
     counsel for the creditor(s) (if known)

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

| | |
|---|---|
| DEBTOR(S):<br>AMY B WALTER, 438 N BROAD ST.,<br>GROVE CITY, PA  16127 | DEBTOR'S COUNSEL:<br>LOUIS POMERICO ESQ, POMERICO &<br>DIMEO, 2910 WILMINGTON ROAD,<br>NEW CASTLE, PA  16105 |
| ORIGINAL CREDITOR:<br>AES/PHEAA, PO BOX 1375,<br>BUFFALO, NY  14240-1375<br><br>NEW CREDITOR: | |