**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

FILED
4/1/20 8:59 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | |
|---|---|
| IN RE:<br>　AMY B WALTER<br><br>　　　Debtor(s)<br>Ronda J. Winnecour, Trustee<br>　　Movant<br>　　vs.<br>AMY B WALTER<br><br>　　Respondents | Case No. 15-10261TPA<br><br>Chapter 13<br><br>Document No. 66 |

### ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this  1st  day of  April , 2020, it is hereby ORDERED, ADJUDGED, and DECREED that,

Grove City Area School District
Attn: Payroll Manager
511 Highland Ave
Grove City, PA 16127

is hereby ordered to immediately terminate the attachment of the wages of AMY B WALTER, social security number XXX-XX-0371. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of AMY B WALTER.

BY THE COURT:

_____
**ljm**
UNITED STATES BANKRUPTCY JUDGE

cc: Debtor(s)
　　Debtor(s) Attorney

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Amy B. Walter  
     Debtor

Case No. 15-10261-TPA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-1    User: bsil    Page 1 of 1    Date Rcvd: Apr 01, 2020  
                    Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 03, 2020.  
db          +Amy B. Walter,    438 N Broad St.,    Grove City, PA 16127-1744

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 03, 2020                                  Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 1, 2020 at the address(es) listed below:

        James Warmbrodt    on behalf of Creditor    Flagstar Bank FSB as servicer for Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com  
        James Warmbrodt    on behalf of Creditor    LAKEVIEW LOAN SERVICING, LLC bkgroup@kmllawgroup.com  
        John F. Kroto    on behalf of Creditor    Ally Financial john_kroto@pawb.uscourts.gov, knoxbank@hotmail.com,mwernicki@kmgslaw.com,burban@kmgslaw.com  
        Kevin Scott Frankel    on behalf of Creditor    JPMorgan Chase Bank, National Association pabk@logs.com  
        LeeAne O. Huggins    on behalf of Creditor    JPMorgan Chase Bank, National Association pabk@logs.com  
        Louis R. Pomerico    on behalf of Debtor Amy B. Walter info@pomericolaw.com, pmcarr1920@outlook.com;loupom@aol.com;r50803@notify.bestcase.com  
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
        S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com, srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com  
                                                                                                                                                                                                                             TOTAL: 9