## UNITED STATES BANKRUPTCY COURT
## THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

AMY B. WALTER,                                    :
                                                  :     CASE NO. 15-10261-TPA
        DEBTOR,                                 :
                                                  :     CHAPTER 13
AMY B. WALTER,                                    :
                                                  :     DOCUMENT NO. 69
        MOVANT,                                 :
                                                  :
   VS.                                            :
                                                  :
AES/KEYSTONE; AES/NET; AES/                       :
PHEAA; AES/PHEAA KE; AES/PNC                      :
NATIONAL CITY; AFNI, INC.; ALLY                   :
FINANCIAL; BBY/CBNA; BANK OF                      :
AMERICA; CACH, LLC; CAPITAL                       :
ONE; CAPL/BOSCOV; CAPITAL ONE                     :
AUTO FINANCE; CHASE CARD;                         :
CHASE MORTGAGE; COMMENITY                         :
BANK/ANN TAYLOR; COMMENITY                        :
BANK/LANE BRYANT; COMMENITY                       :
BANK/NEW YORK & CO.;                              :
COMMENITY BANK/VICTORIA'S                         :
SECRET; COMMENITY BANK/JJILL;                     :
DISCOVER BANK/GLELSI; DISCOVER                    :
STUDENT LOANS; G JWL/CBNA; IRS;                   :
JEFFERSON CAPITAL SYSTEMS;                        :
JJILL/CBNA/JPM/CHASE; LANE                        :
BRYANT RETAIL/SOA; MACY'S;                        :
MIDLAND FUNDING; NAVIENT;                         :
NICOLE BASERVO; PORTFOLIO                         :
RECOVERY ASSET; SEARS/CBNA;                       :
SLM FINANCIAL GROUP; SYNCB/                       :
AMAZON; SYNCB/GAP; SYNCB/HOME                     :
DESIGN FURNITURE; SYNCB/JCP;                      :
SYNCP/OLD NAVY; SYNCB/WHITE-                      :
HALL; TD BANK USA/TARGET                          :
CREDIT; US. DEPT. OF EDUCATION/                   :
GSL/ATL; US DEPT. OF EDUCATION/                   :
GLESLSI; WELTMAN, WEINBERG                        :
AND REIS;RONDA J. WINNECOUR                       :

| | |
|---|---|
| **CHAPTER 13 TRUSTEE; UNITED STATES TRUSTEE,** | : |
| | : |
| | : |
| **RESPONDENTS.** | : |

### DEBTOR'S CERTIFICATION REGARDING ELIGIBILITY FOR DISCHARGE

1. The Debtor has made all payments required by the Chapter 13 Plan.

2. The Debtor is not required to pay any Domestic Support Obligations.

3. The Debtor is entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtor has not received a prior discharge in a bankruptcy case within the time frames specified on Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtor ineligible for discharge.

4. On May 12, 2015, at Docket No. 22 the Debtor complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing her Certification of Completion of Postpetition Instructional Course in Personal Financial Management with the Certificate of Completion attached to the form.

This Certification is being signed under penalty of perjury by the Undersigned Counsel who duly questioned Debtors about the statements in this Certification and verified the answers in support of this Certification.

April 14, 2020 　　　　　　　　　　　*/s/ Louis Pomerico, Esquire*
　　　　　　　　　　　　　　　　　　Louis Pomerico, Esquire
　　　　　　　　　　　　　　　　　　PA. I.D. NO. 22855
　　　　　　　　　　　　　　　　　　Attorney for Debtor
　　　　　　　　　　　　　　　　　　2910 Wilmington Road
　　　　　　　　　　　　　　　　　　New Castle, PA   16105
　　　　　　　　　　　　　　　　　　(724) 658-7759
　　　　　　　　　　　　　　　　　　info@pomericolaw.com