Form 600a

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Amy B. Walter** | : | Case No. 15−10261−TPA |
| **aka Amy Baverso Walter** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| Ronda Winnecour, Esq, Ch 13 Trustee | : | |
| *Movant(s),* | : | |
| | : | Related to Document No. 72 |
| v. | : | |
| No Respondent | : | Hearing Date: 7/22/20 at 12:00 PM |
| *Respondent(s).* | : | |

## ORDER SCHEDULING DATES FOR RESPONSE
## AND TELEPHONIC HEARING ON MOTION

*AND NOW,* this *The 29th of May, 2020*, a *Trustee's Motion for Approval of Report of Receipts and Disbursements – Plan Completed* having been filed at Doc. No. 72 by Ronda Winnecour, Esq, Ch 13 Trustee,

It is hereby **ORDERED, ADJUDGED and DECREED** that:

(1) Pursuant to *Bankruptcy Rule 7004*, Counsel for the Moving Party shall **IMMEDIATELY** serve a copy of this *Order* and the *Motion* upon all parties from whom relief is sought, their counsel, the U.S. Trustee and all those identified on the Certificate attached to the *Motion*. Counsel for the Moving Party shall then file a *Certificate of Service*. **Failure to properly serve the Motion or file the Certificate may result in the dismissal of the Motion.**

(2) **On or before July 10, 2020,** any **Response**, including a consent to the *Motion*, shall be filed with the Clerk's Office at U.S. Courthouse, Room B160, 17 South Park Row, Erie, PA 16501 and served on the counsel for the Moving Party.

(3) This *Motion* is scheduled for a **telephonic**, non−evidentiary hearing on *July 22, 2020* at *12:00 PM* in at which time the parties and/or their counsel shall appear **telephonically** and the Court will dispose of the *Motion*. Parties or counsel of record who intend to participate in the hearing shall make arrangements as directed by the Judge's procedures on the Court's website.

(4) If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter an order by default. **To determine if a default order has been entered, the Moving Party is directed to the Court's website at www.pawb.uscourts.gov, one day prior to the hearing. To view the calendar for Judge Thomas P. Agresti refer to the calendar section.** In the event a default order has been entered, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties will be *required* to appear at the hearing.

(5) A maximum of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **IMMEDIATELY**.

Dated: May 29, 2020

Thomas P. Agresti, Judge
United States Bankruptcy Court

cm: All parties

```
                            United States Bankruptcy Court
                            Western District of Pennsylvania
In re:                                                              Case No. 15-10261-TPA
Amy B. Walter                                                       Chapter 13
         Debtor
                                   CERTIFICATE OF NOTICE
District/off: 0315-1          User: lmar                 Page 1 of 3            Date Rcvd: May 29, 2020
                              Form ID: 600a              Total Noticed: 67


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 31, 2020.
db             +Amy B. Walter,    438 N Broad St.,    Grove City, PA 16127-1744
cr             +Peoples Natural Gas Company, LLC,    Attn: Dawn Lindner,    375 North Shore Drive, Suite 600,
                 Pittsburgh, PA 15212-5866
14007243       +Aes/Keystone,    Po Box 61047,    Harrisburg, PA 17106-1047
14007244       +Aes/Nct,    Po Box 61047,    Harrisburg, PA 17106-1047
14007245       +Aes/Pheaa,    Po Box 61047,    Harrisburg, PA 17106-1047
14007246       +Aes/Pheaa Ke,    Pob 61047,    Harrisburg, PA 17106-1047
14007247       +Aes/Pnc Natl City,    Po Box 61047,    Harrisburg, PA 17106-1047
14007251      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bk Of Amer,     Po Box 982235,    El Paso, TX 79998)
14007250       +Bby/Cbna,    50 Northwest Point Road,    Elk Grove Village, IL 60007-1032
14021091       +Department Stores National Bank For Macys Branded,     Bankruptcy Processing,    Po Box 8053,
                 Mason, OH 45040-8053
14007264       +Discover Bank/Glelsi,    Po Box 7860,    Madison, WI 53707-7860
14017770        Discover Student Loans,    C/O Great Lakes,    PO BOX 3059 Milwaukee, WI 53201-3059
14071043        ECMC,   PO BOX 16408,    ST. PAUL MN 55116-0408
14007266       +G Jwl/Cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
14087585        JPMorgan Chase Bank, National Association,     Chase Records Center,    Attn: Correspondence Mail,
                 Mail code LA4-5555, 700 Kansas Lane,     Monroe, LA 71203
14007269       +Jjill/Cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
14998054       +Lakeview Loan Servicing, LLC,     c/o Flagstar Bank, FSB,    P. O. Box 660263,
                 Dallas, TX 75266-0263
14007272       +Mcydsnb,    9111 Duke Blvd,    Mason, OH 45040-8999
14046531       +National Collegiate Student Loan Trust-2004-2,     Po Box 4275,    Norcross, GA 30091-4275
14046532       +National Collegiate Student Loan Trust-2006-2,     Po Box 4275,    Norcross, GA 30091-4275
14033327       +PHEAA,    PO BOX 8147,    HARRISBURG PA 17105-8147
14047391       +Peoples Natural Gas Company LLC,     225 North Shore Drive, Suite 300,
                 Pittsburgh, PA 15212-5860,    Attn: Dawn Lindner
14007277       +Sears/Cbna,    Po Box 6189,    Sioux Falls, SD 57117-6189
14007285       +Td Bank Usa/Targetcred,    Po Box 673,    Minneapolis, MN 55440-0673
14007286        U S Dept Of Ed/Gsl/Atl,    Po Box 4222,    Iowa City, IA 52244
14007287       +Us Dept Of Ed/Glelsi,    Po Box 7860,    Madison, WI 53707-7860

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/Text: ally@ebn.phinsolutions.com May 30 2020 03:53:22      Ally Financial,
                 PO BOX 130424,    Roseville, MN 55113-0004
cr              E-mail/PDF: ais.chase.ebn@americaninfosource.com May 30 2020 03:48:52
                 JPMorgan Chase Bank, National Association,    Chase Records Ctr. Attn: Corr. Mail,
                 Mail Code LA4-5555,    700 Kansas Lane,   Monroe, LA  71203
cr              E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 30 2020 03:48:46
                 PRA Receivables Management, LLC,    PO Box 41067,    Norfolk, VA 23541-1067
14007248       +E-mail/Text: EBNProcessing@afni.com May 30 2020 03:54:22      Afni, Inc.,    Po Box 3097,
                 Bloomington, IL 61702-3097
14023759        E-mail/Text: ally@ebn.phinsolutions.com May 30 2020 03:53:22      Ally Bank,    PO Box 130424,
                 Roseville, MN 55113-0004
14007249       +E-mail/Text: ally@ebn.phinsolutions.com May 30 2020 03:53:22      Ally Financial,
                 200 Renaissance Ctr,    Detroit, MI 48243-1300
14018996        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 30 2020 03:50:37
                 American InfoSource LP as agent for,    Midland Funding LLC,    PO Box 268941,
                 Oklahoma City, OK  73126-8941
14007252       +E-mail/PDF: resurgentbknotifications@resurgent.com May 30 2020 04:05:23      Cach, Llc,
                 4340 S Monaco St Unit 2,    Denver, CO 80237-3485
14007253       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 30 2020 03:49:43      Cap One,
                 26525 N Riverwoods Blvd,    Mettawa, IL 60045-3440
14007254       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 30 2020 04:05:24      Cap1/Boscv,
                 26525 N Riverwoods Blvd,    Mettawa, IL 60045-3440
14007255       +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com May 30 2020 03:50:35      Capital One Auto Finan,
                 3901 Dallas Pkwy,    Plano, TX 75093-7864
14007258       +E-mail/Text: Bankruptcy.RI@Citizensbank.com May 30 2020 03:53:24      Citizen's Bank,
                 PO Box 7000,    ROP-450,   Providence, RI 02940-7000
14007259       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 30 2020 03:53:46      Comenity Bank/Anntylr,
                 Po Box 182273,    Columbus, OH 43218-2273
14007260       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 30 2020 03:53:46      Comenity Bank/Lnbryant,
                 4590 E Broad St,    Columbus, OH 43213-1301
14007261       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 30 2020 03:53:46      Comenity Bank/Nwyrk&Co,
                 220 W Schrock Rd,    Westerville, OH 43081-2873
14007262       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 30 2020 03:53:46      Comenity Bank/Vctrssec,
                 Po Box 182789,    Columbus, OH 43218-2789
14007263       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 30 2020 03:53:46      Comenity Capital/Jjill,
                 995 W 122nd Ave,    Westminster, CO 80234-3417
14952208       +E-mail/Text: DSLBKYPRO@discover.com May 30 2020 03:54:40      Discover Student Loans,
                 PO Box 30925,    Salt Lake City, UT 84130-0925
14007265       +E-mail/Text: DSLBKYPRO@discover.com May 30 2020 03:54:40      Discover Student Loans,
                 Po Box 30948,    Salt Lake City, UT 84130-0948
```

```
District/off: 0315-1           User: lmar                  Page 2 of 3                   Date Rcvd: May 29, 2020
                               Form ID: 600a               Total Noticed: 67
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
14007267       E-mail/Text: sbse.cio.bnc.mail@irs.gov May 30 2020 03:53:34      IRS,    PO Box 37004,
                Hartford, CT 06176-7004
14007268       E-mail/Text: JCAP_BNC_Notices@jcap.com May 30 2020 03:54:29      Jefferson Capital Syst,
                16 Mcleland Rd,    Saint Cloud, MN 56303
14084879       E-mail/Text: JCAP_BNC_Notices@jcap.com May 30 2020 03:54:29      Jefferson Capital Systems LLC,
                Po Box 7999,    Saint Cloud Mn 56302-9617
14007256       E-mail/PDF: ais.chase.ebn@americaninfosource.com May 30 2020 03:49:41       Chase Card,
                Po Box 15298,    Wilmington, DE 19850
14007257       E-mail/PDF: ais.chase.ebn@americaninfosource.com May 30 2020 03:48:53       Chase Mtg,
                Po Box 24696,    Columbus, OH 43224
14007270      +E-mail/Text: cst.bankruptcy@chase.com May 30 2020 03:54:58      Jpm Chase,    Po Box 7013,
                Indianapolis, IN 46207-7013
14007271      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 30 2020 03:53:46      Lane Bryant Retail/Soa,
                450 Winks Ln,    Bensalem, PA 19020-5932
14007273      +E-mail/Text: bankruptcydpt@mcmcg.com May 30 2020 03:54:11      Midland Funding,
                8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
14007274      +E-mail/PDF: pa_dc_claims@navient.com May 30 2020 03:49:32      Navient,    Po Box 9655,
                Wilkes Barre, PA 18773-9655
14038679       E-mail/PDF: pa_dc_claims@navient.com May 30 2020 03:50:25      Navient Solutions Inc.,
                Po Box9640,    Wilkes-Barre, PA 18773-9640
14412749       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 30 2020 03:49:36
                Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk, VA 23541
14069239       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 30 2020 03:49:36
                Portfolio Recovery Associates, LLC,    POB 12914,   Norfolk VA 23541
14007276      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 30 2020 03:48:49
                Portfolio Recovery Ass,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502-4952
14007278      +E-mail/PDF: pa_dc_claims@navient.com May 30 2020 03:49:38      Slm Financial Corp,
                11100 Usa Pkwy,    Fishers, IN 46037-9203
14007279      +E-mail/PDF: gecsedi@recoverycorp.com May 30 2020 03:50:14      Syncb/Amazon,    Po Box 965015,
                Orlando, FL 32896-5015
14007280      +E-mail/PDF: gecsedi@recoverycorp.com May 30 2020 03:48:38      Syncb/Gap,    Po Box 965005,
                Orlando, FL 32896-5005
14007281      +E-mail/PDF: gecsedi@recoverycorp.com May 30 2020 03:50:15      Syncb/Home Design Furn,
                C/O Po Box 965036,    Orlando, FL 32896-0001
14007282      +E-mail/PDF: gecsedi@recoverycorp.com May 30 2020 03:49:24      Syncb/Jcp,    Po Box 965007,
                Orlando, FL 32896-5007
14007283      +E-mail/PDF: gecsedi@recoverycorp.com May 30 2020 03:49:24      Syncb/Old Navy,    Po Box 965005,
                Orlando, FL 32896-5005
14007284      +E-mail/PDF: gecsedi@recoverycorp.com May 30 2020 03:49:26      Syncb/Whitehall,
                C/O Po Box 965036,    Orlando, FL 32896-0001
14028920      +E-mail/Text: bncmail@w-legal.com May 30 2020 03:54:23      TD BANK USA, N.A.,
                C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
14007288      +E-mail/Text: BKRMailOps@weltman.com May 30 2020 03:54:20      Weltman Weinberg & Rei,
                965 Keynote Cir,    Brooklyn Heights, OH 44131-1829
                                                                                              TOTAL: 41

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Flagstar Bank FSB as servicer for Lakeview Loan Se
cr             LAKEVIEW LOAN SERVICING, LLC
14007275       Nicole Baservo
cr*           +Discover Student Loans,    PO Box 30925,    Salt Lake City, UT 84130-0925
cr*            ECMC,   P.O. Box 16408,    St. Paul, MN 55116-0408
14333120*      ECMC,   PO Box 16408,    St. Paul, MN 55116-0408
                                                                                   TOTALS: 3, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 31, 2020                             Signature:  /s/Joseph Speetjens

```
District/off: 0315-1                  User: lmar                    Page 3 of 3                  Date Rcvd: May 29, 2020
                                      Form ID: 600a                 Total Noticed: 67
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 29, 2020 at the address(es) listed below:
              James    Warmbrodt    on behalf of Creditor    Flagstar Bank FSB as servicer for Lakeview Loan
               Servicing, LLC bkgroup@kmllawgroup.com
              James    Warmbrodt    on behalf of Creditor    LAKEVIEW LOAN SERVICING, LLC bkgroup@kmllawgroup.com
              Jerome B. Blank    on behalf of Creditor    LAKEVIEW LOAN SERVICING, LLC pawb@fedphe.com
              John F. Kroto    on behalf of Creditor    Ally Financial john_kroto@pawb.uscourts.gov,
               knoxbank@hotmail.com,mwernicki@kmgslaw.com,burban@kmgslaw.com
              Kevin Scott Frankel    on behalf of Creditor    JPMorgan Chase Bank, National Association
               pabk@logs.com
              LeeAne O. Huggins    on behalf of Creditor    JPMorgan Chase Bank, National Association
               pabk@logs.com
              Louis R. Pomerico    on behalf of Debtor Amy B. Walter info@pomericolaw.com,
               pmcarr1920@outlook.com;loupom@aol.com;r50803@notify.bestcase.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                              TOTAL: 10
```