**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

AMY B WALTER

    Debtor(s)

Ronda J. Winnecour
 Chapter 13 Trustee,
    Movant
    vs.
No Respondents.

Case No.:15-10261 TPA

Chapter 13

Document No.:

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

May 26, 2020

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA 15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 03/09/2015 and confirmed on 5/13/15. The case was subsequently         Completed After Confirmation

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 78,437.50 |
| Less Refunds to Debtor | 1,233.81 | |
| TOTAL AMOUNT OF PLAN FUND | | 77,203.69 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 1,675.00 | |
|   Trustee Fee | 3,224.83 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 4,899.83 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   LAKEVIEW LOAN SERVICING LLC | 0.00 | 42,960.12 | 0.00 | 42,960.12 |
|     Acct: 8906 | | | | |
|   LAKEVIEW LOAN SERVICING LLC | 840.56 | 840.56 | 0.00 | 840.56 |
|     Acct: 8906 | | | | |
|   PRA RECEIVABLES MANAGEMENT LLC - | 11,901.37 | 11,901.37 | 440.32 | 12,341.69 |
|     Acct: 4000 | | | | |
| | | | | 56,142.37 |
| **Priority** | | | | |
|   LOUIS POMERICO ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   AMY B WALTER | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   AMY B WALTER | 650.50 | 650.50 | 0.00 | 0.00 |
|     Acct: | | | | |
|   AMY B WALTER | 583.31 | 583.31 | 0.00 | 0.00 |
|     Acct: | | | | |
|   POMERICO AND DIMEO | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   LOUIS POMERICO ESQ | 1,675.00 | 1,675.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   INTERNAL REVENUE SERVICE* | 443.15 | 443.15 | 0.00 | 443.15 |
|     Acct: 0371 | | | | |
| | | | | 443.15 |
| **Unsecured** | | | | |
|   ECMC(*) | 0.00 | 3,100.00 | 0.00 | 3,100.00 |
|     Acct: 0371 | | | | |
|   AES/PHEAA | 50.00 | 50.00 | 0.00 | 50.00 |
|     Acct: 1003 | | | | |
|   AES/PHEAA | 50.00 | 50.00 | 0.00 | 50.00 |
|     Acct: 1002 | | | | |
|   AES/PHEAA | 50.00 | 50.00 | 0.00 | 50.00 |
|     Acct: 1001 | | | | |
|   ECMC(*) | 0.00 | 3,100.00 | 0.00 | 3,100.00 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 0371 | | | | |
| PEOPLES NATURAL GAS CO LLC* | 2,057.52 | 161.21 | 0.00 | 161.21 |
| Acct: 9907 | | | | |
| AES (AMERICAN EDUCATION SRVCS) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0019 | | | | |
| AES (AMERICAN EDUCATION SRVCS) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0020 | | | | |
| AES/PHEAA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0014 | | | | |
| AES (AMERICAN EDUCATION SRVCS) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0024 | | | | |
| AFNI | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3882 | | | | |
| BBY/CBNA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1701 | | | | |
| BANK OF AMERICA NA** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9418 | | | | |
| CACH LLC | 175.00 | 13.71 | 0.00 | 13.71 |
| Acct: 0906 | | | | |
| CAPITAL ONE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1701 | | | | |
| CAPITAL ONE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5277 | | | | |
| CAPITAL ONE AUTO FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1001 | | | | |
| JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3538 | | | | |
| JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8137 | | | | |
| CITIZENS BANK(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4837 | | | | |
| COMENITY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9209 | | | | |
| COMENITY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3074 | | | | |
| COMENITY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0303 | | | | |
| COMENITY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8454 | | | | |
| COMENITY CAPITAL BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7480 | | | | |
| DISCOVER BANK(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1312 | | | | |
| DISCOVER STUDENT LOANS | 6,988.94 | 547.58 | 0.00 | 547.58 |
| Acct: 0118 | | | | |
| DISCOVER STUDENT LOANS | 6,838.86 | 535.82 | 0.00 | 535.82 |
| Acct: 0119 | | | | |
| G JWL/CBSD | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5318 | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8003 | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1003 | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1003 | | | | |
| JACK AND JILL/CBSD | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1228 | | | | |
| JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8971 | | | | |
| LANE BRYANT | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 3074 | | | | |
| DEPARTMENT STORES NATIONAL BANK | 544.76 | 42.68 | 0.00 | 42.68 |
| Acct: 5199 | | | | |
| AMERICAN INFOSOURCE LP AGENT - MI | 652.03 | 51.09 | 0.00 | 51.09 |
| Acct: 6627 | | | | |
| NAVIENT SOLUTIONS INC | 16,333.59 | 1,279.74 | 0.00 | 1,279.74 |
| Acct: 0371 | | | | |
| NAVIENT SOLUTIONS INC | 7,240.50 | 567.29 | 0.00 | 567.29 |
| Acct: 0371 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 1,293.50 | 101.35 | 0.00 | 101.35 |
| Acct: 1707 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 1,158.71 | 90.78 | 0.00 | 90.78 |
| Acct: 2373 | | | | |
| SEARS/CITI CARD USA*++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6977 | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC* | 13,466.20 | 1,055.08 | 0.00 | 1,055.08 |
| Acct: 0114 | | | | |
| SYNCHRONY BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2373 | | | | |
| SYNCHRONY BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3566 | | | | |
| SYNCHRONY BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1707 | | | | |
| SYNCHRONY BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4089 | | | | |
| SYNCHRONY BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6292 | | | | |
| SYNCHRONY BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9267 | | | | |
| TD BANK USA NA** | 805.02 | 63.07 | 0.00 | 63.07 |
| Acct: 5790 | | | | |
| US DEPARTMENT OF EDUCATION++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7577 | | | | |
| NATIONAL COLLEGIATE TRUST | 27,152.43 | 2,127.39 | 0.00 | 2,127.39 |
| Acct: 0371 | | | | |
| INTERNAL REVENUE SERVICE* | 262.48 | 20.57 | 0.00 | 20.57 |
| Acct: 0371 | | | | |
| NATIONAL COLLEGIATE STUDENT LOAN | 3,389.86 | 265.60 | 0.00 | 265.60 |
| Acct: 0371 | | | | |
| ECMC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0371 | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC* | 8,575.35 | 671.88 | 0.00 | 671.88 |
| Acct: 0111 | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC* | 22,635.56 | 1,773.50 | 0.00 | 1,773.50 |
| Acct: 0112 | | | | |
| JAMES C WARMBRODT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 15,718.34 |

TOTAL PAID TO CREDITORS                                                                  72,303.86

```
TOTAL
CLAIMED              443.15
PRIORITY          12,741.93
SECURED          119,720.31
```

Date: 05/26/2020

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>　　AMY B WALTER<br><br>　　　　　　Debtor(s)<br><br>　　Ronda J. Winnecour<br>　　　　　Movant<br>　　　　vs.<br>　　No Repondents. | Case No.:15-10261 TPA<br><br>Chapter 13<br><br>Document No.: |

ORDER OF COURT

　　AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

　　(1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

　　(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

　　(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

　　(4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

　　(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

　　(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

　　　　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                          Case No. 15-10261-TPA
Amy B. Walter                                                   Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1          User: lmar           Page 1 of 3          Date Rcvd: May 29, 2020
                              Form ID: pdf900     Total Noticed: 67

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 31, 2020.
db             +Amy B. Walter,    438 N Broad St.,    Grove City, PA 16127-1744
cr             +Peoples Natural Gas Company, LLC,    Attn: Dawn Lindner,    375 North Shore Drive, Suite 600,
                 Pittsburgh, PA 15212-5866
14007243       +Aes/Keystone,    Po Box 61047,    Harrisburg, PA 17106-1047
14007244       +Aes/Nct,    Po Box 61047,    Harrisburg, PA 17106-1047
14007245       +Aes/Pheaa,    Po Box 61047,    Harrisburg, PA 17106-1047
14007246       +Aes/Pheaa Ke,    Pob 61047,    Harrisburg, PA 17106-1047
14007247       +Aes/Pnc Natl City,    Po Box 61047,    Harrisburg, PA 17106-1047
14007251      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court:   Bk Of Amer,    Po Box 982235,    El Paso, TX 79998)
14007250       +Bby/Cbna,   50 Northwest Point Road,    Elk Grove Village, IL 60007-1032
14021091       +Department Stores National Bank For Macys Branded,    Bankruptcy Processing,    Po Box 8053,
                 Mason, OH 45040-8053
14007264       +Discover Bank/Glelsi,    Po Box 7860,    Madison, WI 53707-7860
14017770        Discover Student Loans,    C/O Great Lakes,    PO BOX 3059 Milwaukee, WI 53201-3059
14071043        ECMC,    PO BOX 16408,    ST. PAUL MN 55116-0408
14007266       +G Jwl/Cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
14087585        JPMorgan Chase Bank, National Association,    Chase Records Center,    Attn: Correspondence Mail,
                 Mail code LA4-5555, 700 Kansas Lane,    Monroe, LA 71203
14007269       +Jjill/Cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
14998054       +Lakeview Loan Servicing, LLC,    c/o Flagstar Bank, FSB,    P. O. Box 660263,
                 Dallas, TX 75266-0263
14007272       +Mcydsnb,    9111 Duke Blvd,    Mason, OH 45040-8999
14046531       +National Collegiate Student Loan Trust-2004-2,    Po Box 4275,    Norcross, GA 30091-4275
14046532       +National Collegiate Student Loan Trust-2006-2,    Po Box 4275,    Norcross, GA 30091-4275
14033327       +PHEAA,    PO BOX 8147,    HARRISBURG PA 17105-8147
14047391       +Peoples Natural Gas Company LLC,    225 North Shore Drive, Suite 300,
                 Pittsburgh, PA 15212-5860,    Attn: Dawn Lindner
14007277       +Sears/Cbna,    Po Box 6189,    Sioux Falls, SD 57117-6189
14007285       +Td Bank Usa/Targetcred,    Po Box 673,    Minneapolis, MN 55440-0673
14007286        U S Dept Of Ed/Gsl/Atl,    Po Box 4222,    Iowa City, IA 52244
14007287       +Us Dept Of Ed/Glelsi,    Po Box 7860,    Madison, WI 53707-7860

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/Text: ally@ebn.phinsolutions.com May 30 2020 03:53:22     Ally Financial,
                 PO BOX 130424,    Roseville, MN 55113-0004
cr              E-mail/PDF: ais.chase.ebn@americaninfosource.com May 30 2020 03:50:29
                 JPMorgan Chase Bank, National Association,    Chase Records Ctr. Attn: Corr. Mail,
                 Mail Code LA4-5555,    700 Kansas Lane,    Monroe, LA  71203
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 30 2020 03:49:33
                 PRA Receivables Management, LLC,    PO Box 41067,    Norfolk, VA 23541-1067
14007248       +E-mail/Text: EBNProcessing@afni.com May 30 2020 03:54:21     Afni, Inc.,    Po Box 3097,
                 Bloomington, IL 61702-3097
14023759        E-mail/Text: ally@ebn.phinsolutions.com May 30 2020 03:53:22     Ally Bank,    PO Box 130424,
                 Roseville, MN 55113-0004
14007249       +E-mail/Text: ally@ebn.phinsolutions.com May 30 2020 03:53:22     Ally Financial,
                 200 Renaissance Ctr,    Detroit, MI 48243-1300
14018996        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 30 2020 03:50:37
                 American InfoSource LP as agent for,    Midland Funding LLC,    PO Box 268941,
                 Oklahoma City, OK  73126-8941
14007252       +E-mail/PDF: resurgentbknotifications@resurgent.com May 30 2020 03:49:41     Cach, Llc,
                 4340 S Monaco St Unit 2,    Denver, CO 80237-3485
14007253       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 30 2020 03:49:42     Cap One,
                 26525 N Riverwoods Blvd,    Mettawa, IL 60045-3440
14007254       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 30 2020 03:50:33     Cap1/Boscv,
                 26525 N Riverwoods Blvd,    Mettawa, IL 60045-3440
14007255       +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com May 30 2020 03:50:34     Capital One Auto Finan,
                 3901 Dallas Pkwy,    Plano, TX 75093-7864
14007258       +E-mail/Text: Bankruptcy.RI@Citizensbank.com May 30 2020 03:53:24     Citizen's Bank,
                 PO Box 7000,    ROP-450,    Providence, RI 02940-7000
14007259       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 30 2020 03:53:44     Comenity Bank/Anntylr,
                 Po Box 182273,    Columbus, OH 43218-2273
14007260       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 30 2020 03:53:44     Comenity Bank/Lnbryant,
                 4590 E Broad St,    Columbus, OH 43213-1301
14007261       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 30 2020 03:53:44     Comenity Bank/Nwyrk&Co,
                 220 W Schrock Rd,    Westerville, OH 43081-2873
14007262       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 30 2020 03:53:45     Comenity Bank/Vctrssec,
                 Po Box 182789,    Columbus, OH 43218-2789
14007263       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 30 2020 03:53:45     Comenity Capital/Jjill,
                 995 W 122nd Ave,    Westminster, CO 80234-3417
14952208       +E-mail/Text: DSLBKYPRO@discover.com May 30 2020 03:54:39     Discover Student Loans,
                 PO Box 30925,    Salt Lake City, UT 84130-0925
14007265       +E-mail/Text: DSLBKYPRO@discover.com May 30 2020 03:54:39     Discover Student Loans,
                 Po Box 30948,    Salt Lake City, UT 84130-0948
```

```
District/off: 0315-1                  User: lmar                    Page 2 of 3                  Date Rcvd: May 29, 2020
                                      Form ID: pdf900               Total Noticed: 67

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
14007267       E-mail/Text: sbse.cio.bnc.mail@irs.gov May 30 2020 03:53:33      IRS,   PO Box 37004,
                Hartford, CT 06176-7004
14007268       E-mail/Text: JCAP_BNC_Notices@jcap.com May 30 2020 03:54:28      Jefferson Capital Syst,
                16 Mcleland Rd,   Saint Cloud, MN 56303
14084879       E-mail/Text: JCAP_BNC_Notices@jcap.com May 30 2020 03:54:28      Jefferson Capital Systems LLC,
                Po Box 7999,   Saint Cloud Mn 56302-9617
14007256       E-mail/PDF: ais.chase.ebn@americaninfosource.com May 30 2020 03:50:29      Chase Card,
                Po Box 15298,   Wilmington, DE 19850
14007257       E-mail/PDF: ais.chase.ebn@americaninfosource.com May 30 2020 03:48:52      Chase Mtg,
                Po Box 24696,   Columbus, OH 43224
14007270      +E-mail/Text: cst.bankruptcy@chase.com May 30 2020 03:54:58      Jpm Chase,   Po Box 7013,
                Indianapolis, IN 46207-7013
14007271      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 30 2020 03:53:45      Lane Bryant Retail/Soa,
                450 Winks Ln,   Bensalem, PA 19020-5932
14007273      +E-mail/Text: bankruptcydpt@mcmcg.com May 30 2020 03:54:11      Midland Funding,
                8875 Aero Dr Ste 200,   San Diego, CA 92123-2255
14007274      +E-mail/PDF: pa_dc_claims@navient.com May 30 2020 03:48:50      Navient,   Po Box 9655,
                Wilkes Barre, PA 18773-9655
14038679       E-mail/PDF: pa_dc_claims@navient.com May 30 2020 03:50:28      Navient Solutions Inc.,
                Po Box9640,   Wilkes-Barre, PA 18773-9640
14412749       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 30 2020 03:48:44
                Portfolio Recovery Associates, LLC,   PO Box 41067,   Norfolk, VA 23541
14069239       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 30 2020 03:50:26
                Portfolio Recovery Associates, LLC,   POB 12914,   Norfolk VA 23541
14007276      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 30 2020 03:49:30
                Portfolio Recovery Ass,   120 Corporate Blvd Ste 1,   Norfolk, VA 23502-4952
14007278      +E-mail/PDF: pa_dc_claims@navient.com May 30 2020 03:48:50      Slm Financial Corp,
                11100 Usa Pkwy,   Fishers, IN 46037-9203
14007279      +E-mail/PDF: gecsedi@recoverycorp.com May 30 2020 03:49:23      Syncb/Amazon,   Po Box 965015,
                Orlando, FL 32896-5015
14007280      +E-mail/PDF: gecsedi@recoverycorp.com May 30 2020 03:50:15      Syncb/Gap,   Po Box 965005,
                Orlando, FL 32896-5005
14007281      +E-mail/PDF: gecsedi@recoverycorp.com May 30 2020 03:50:14      Syncb/Home Design Furn,
                C/O Po Box 965036,   Orlando, FL 32896-0001
14007282      +E-mail/PDF: gecsedi@recoverycorp.com May 30 2020 03:50:14      Syncb/Jcp,   Po Box 965007,
                Orlando, FL 32896-5007
14007283      +E-mail/PDF: gecsedi@recoverycorp.com May 30 2020 03:50:15      Syncb/Old Navy,   Po Box 965005,
                Orlando, FL 32896-5005
14007284      +E-mail/PDF: gecsedi@recoverycorp.com May 30 2020 03:48:37      Syncb/Whitehall,
                C/O Po Box 965036,   Orlando, FL 32896-0001
14028920      +E-mail/Text: bncmail@w-legal.com May 30 2020 03:54:23      TD BANK USA, N.A.,
                C O WEINSTEIN & RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
14007288      +E-mail/Text: BKRMailOps@weltman.com May 30 2020 03:54:20      Weltman Weinberg & Rei,
                965 Keynote Cir,   Brooklyn Heights, OH 44131-1829
                                                                                             TOTAL: 41

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Flagstar Bank FSB as servicer for Lakeview Loan Se
cr              LAKEVIEW LOAN SERVICING, LLC
14007275        Nicole Baservo
cr*            +Discover Student Loans,   PO Box 30925,   Salt Lake City, UT 84130-0925
cr*             ECMC,   P.O. Box 16408,   St. Paul, MN 55116-0408
14333120*       ECMC,   PO Box 16408,   St. Paul, MN 55116-0408
                                                                                             TOTALS: 3, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 31, 2020                                   Signature:  /s/Joseph Speetjens

```
District/off: 0315-1            User: lmar                  Page 3 of 3                  Date Rcvd: May 29, 2020
                                Form ID: pdf900             Total Noticed: 67
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 26, 2020 at the address(es) listed below:
              James    Warmbrodt    on behalf of Creditor    Flagstar Bank FSB as servicer for Lakeview Loan
               Servicing, LLC bkgroup@kmllawgroup.com
              James    Warmbrodt    on behalf of Creditor    LAKEVIEW LOAN SERVICING, LLC bkgroup@kmllawgroup.com
              Jerome B. Blank    on behalf of Creditor    LAKEVIEW LOAN SERVICING, LLC pawb@fedphe.com
              John F. Kroto    on behalf of Creditor    Ally Financial john_kroto@pawb.uscourts.gov,
               knoxbank@hotmail.com,mwernicki@kmgslaw.com,burban@kmgslaw.com
              Kevin Scott Frankel    on behalf of Creditor    JPMorgan Chase Bank, National Association
               pabk@logs.com
              LeeAne O. Huggins    on behalf of Creditor    JPMorgan Chase Bank, National Association
               pabk@logs.com
              Louis R. Pomerico    on behalf of Debtor Amy B. Walter info@pomericolaw.com,
               pmcarr1920@outlook.com;loupom@aol.com;r50803@notify.bestcase.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                                 TOTAL: 10
```