**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

FILED
7/16/20 1:15 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
AMY B WALTER

Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:15-10261 TPA

Chapter 13

Document No.:  72

**ORDER OF COURT**

AND NOW, this __16th__ day of __July__, 20__20__, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE  ljm

```
                              United States Bankruptcy Court
                              Western District of Pennsylvania
In re:                                                              Case No. 15-10261-TPA
Amy B. Walter                                                       Chapter 13
      Debtor                         CERTIFICATE OF NOTICE

District/off: 0315-1           User: bsil                Page 1 of 3         Date Rcvd: Jul 16, 2020
                               Form ID: pdf900           Total Noticed: 67


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 18, 2020.
db             +Amy B. Walter,    438 N Broad St.,   Grove City, PA 16127-1744
cr             +Peoples Natural Gas Company, LLC,    Attn: Dawn Lindner,   375 North Shore Drive, Suite 600,
                 Pittsburgh, PA 15212-5866
14007243       +Aes/Keystone,    Po Box 61047,   Harrisburg, PA 17106-1047
14007244       +Aes/Nct,   Po Box 61047,    Harrisburg, PA 17106-1047
14007245       +Aes/Pheaa,    Po Box 61047,   Harrisburg, PA 17106-1047
14007246       +Aes/Pheaa Ke,    Pob 61047,   Harrisburg, PA 17106-1047
14007247       +Aes/Pnc Natl City,    Po Box 61047,   Harrisburg, PA 17106-1047
14007251      ++BANK OF AMERICA,    PO BOX 982238,   EL PASO TX 79998-2238
               (address filed with court: Bk Of Amer,    Po Box 982235,    El Paso, TX 79998)
14007250       +Bby/Cbna,   50 Northwest Point Road,    Elk Grove Village, IL 60007-1032
14021091       +Department Stores National Bank For Macys Branded,     Bankruptcy Processing,   Po Box 8053,
                 Mason, OH 45040-8053
14007264       +Discover Bank/Glelsi,    Po Box 7860,   Madison, WI 53707-7860
14017770        Discover Student Loans,    C/O Great Lakes,   PO BOX 3059 Milwaukee, WI 53201-3059
14071043        ECMC,   PO BOX 16408,    ST. PAUL MN 55116-0408
14007266       +G Jwl/Cbna,    Po Box 6497,   Sioux Falls, SD 57117-6497
14087585        JPMorgan Chase Bank, National Association,    Chase Records Center,   Attn: Correspondence Mail,
                 Mail code LA4-5555, 700 Kansas Lane,    Monroe, LA 71203
14007269       +Jjill/Cbna,    Po Box 6497,   Sioux Falls, SD 57117-6497
14998054       +Lakeview Loan Servicing, LLC,    c/o Flagstar Bank, FSB,   P. O. Box 660263,
                 Dallas, TX 75266-0263
14007272       +Mcydsnb,   9111 Duke Blvd,    Mason, OH 45040-8999
14046531       +National Collegiate Student Loan Trust-2004-2,    Po Box 4275,   Norcross, GA 30091-4275
14046532       +National Collegiate Student Loan Trust-2006-2,    Po Box 4275,   Norcross, GA 30091-4275
14033327       +PHEAA,   PO BOX 8147,    HARRISBURG PA 17105-8147
14047391       +Peoples Natural Gas Company LLC,    225 North Shore Drive, Suite 300,
                 Pittsburgh, PA 15212-5860,    Attn: Dawn Lindner
14007277       +Sears/Cbna,    Po Box 6189,   Sioux Falls, SD 57117-6189
14007285       +Td Bank Usa/Targetcred,    Po Box 673,   Minneapolis, MN 55440-0673
14007286        U S Dept Of Ed/Gsl/Atl,    Po Box 4222,   Iowa City, IA 52244
14007287       +Us Dept Of Ed/Glelsi,    Po Box 7860,   Madison, WI 53707-7860

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/Text: ally@ebn.phinsolutions.com Jul 17 2020 04:20:11      Ally Financial,
                 PO BOX 130424,   Roseville, MN 55113-0004
cr              E-mail/PDF: ais.chase.ebn@americaninfosource.com Jul 17 2020 04:27:03
                 JPMorgan Chase Bank, National Association,    Chase Records Ctr. Attn: Corr. Mail,
                 Mail Code LA4-5555,   700 Kansas Lane,   Monroe, LA  71203
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 17 2020 04:27:13
                 PRA Receivables Management, LLC,    PO Box 41067,   Norfolk, VA 23541-1067
14007248       +E-mail/Text: EBNProcessing@afni.com Jul 17 2020 04:20:50       Afni, Inc.,   Po Box 3097,
                 Bloomington, IL 61702-3097
14023759        E-mail/Text: ally@ebn.phinsolutions.com Jul 17 2020 04:20:11      Ally Bank,   PO Box 130424,
                 Roseville, MN 55113-0004
14007249       +E-mail/Text: ally@ebn.phinsolutions.com Jul 17 2020 04:20:11      Ally Financial,
                 200 Renaissance Ctr,    Detroit, MI 48243-1300
14018996        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 17 2020 04:27:12
                 American InfoSource LP as agent for,    Midland Funding LLC,   PO Box 268941,
                 Oklahoma City, OK  73126-8941
14007252       +E-mail/PDF: resurgentbknotifications@resurgent.com Jul 17 2020 04:26:43      Cach, Llc,
                 4340 S Monaco St Unit 2,    Denver, CO 80237-3485
14007253       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 17 2020 04:26:38      Cap One,
                 26525 N Riverwoods Blvd,    Mettawa, IL 60045-3440
14007254       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 17 2020 04:27:06      Cap1/Boscv,
                 26525 N Riverwoods Blvd,    Mettawa, IL 60045-3440
14007255       +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Jul 17 2020 04:26:42      Capital One Auto Finan,
                 3901 Dallas Pkwy,   Plano, TX 75093-7864
14007258       +E-mail/Text: Bankruptcy.RI@Citizensbank.com Jul 17 2020 04:20:12      Citizen's Bank,
                 PO Box 7000,   ROP-450,    Providence, RI 02940-7000
14007259       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 17 2020 04:20:20      Comenity Bank/Anntylr,
                 Po Box 182273,   Columbus, OH 43218-2273
14007260       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 17 2020 04:20:20      Comenity Bank/Lnbryant,
                 4590 E Broad St,   Columbus, OH 43213-1301
14007261       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 17 2020 04:20:20      Comenity Bank/Nwyrk&Co,
                 220 W Schrock Rd,   Westerville, OH 43081-2873
14007262       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 17 2020 04:20:21      Comenity Bank/Vctrssec,
                 Po Box 182789,   Columbus, OH 43218-2789
14007263       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 17 2020 04:20:21      Comenity Capital/Jjill,
                 995 W 122nd Ave,   Westminster, CO 80234-3417
14952208       +E-mail/Text: DSLBKYPRO@discover.com Jul 17 2020 04:20:56       Discover Student Loans,
                 PO Box 30925,   Salt Lake City, UT 84130-0925
14007265       +E-mail/Text: DSLBKYPRO@discover.com Jul 17 2020 04:20:56       Discover Student Loans,
                 Po Box 30948,   Salt Lake City, UT 84130-0948
```

```
District/off: 0315-1          User: bsil              Page 2 of 3                Date Rcvd: Jul 16, 2020
                              Form ID: pdf900         Total Noticed: 67

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
14007267       E-mail/Text: sbse.cio.bnc.mail@irs.gov Jul 17 2020 04:20:17       IRS,    PO Box 37004,
                Hartford, CT 06176-7004
14007268       E-mail/Text: JCAP_BNC_Notices@jcap.com Jul 17 2020 04:20:52       Jefferson Capital Syst,
                16 Mceland Rd,    Saint Cloud, MN 56303
14084879       E-mail/Text: JCAP_BNC_Notices@jcap.com Jul 17 2020 04:20:52       Jefferson Capital Systems LLC,
                Po Box 7999,    Saint Cloud Mn 56302-9617
14007256       E-mail/PDF: ais.chase.ebn@americaninfosource.com Jul 17 2020 04:26:18       Chase Card,
                Po Box 15298,    Wilmington, DE 19850
14007257       E-mail/PDF: ais.chase.ebn@americaninfosource.com Jul 17 2020 04:27:03       Chase Mtg,
                Po Box 24696,    Columbus, OH 43224
14007270      +E-mail/Text: cst.bankruptcy@chase.com Jul 17 2020 04:21:08        Jpm Chase,    Po Box 7013,
                Indianapolis, IN 46207-7013
14007271      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 17 2020 04:20:21      Lane Bryant Retail/Soa,
                450 Winks Ln,    Bensalem, PA 19020-5932
14007273      +E-mail/Text: bankruptcydpt@mcmcg.com Jul 17 2020 04:20:42       Midland Funding,
                8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
14007274      +E-mail/PDF: pa_dc_claims@navient.com Jul 17 2020 04:27:05      Navient,    Po Box 9655,
                Wilkes Barre, PA 18773-9655
14038679       E-mail/PDF: pa_dc_claims@navient.com Jul 17 2020 04:26:20      Navient Solutions Inc.,
                Po Box9640,    Wilkes-Barre, PA 18773-9640
14412749       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 17 2020 05:03:36
                Portfolio Recovery Associates, LLC,     PO Box 41067,    Norfolk, VA 23541
14069239       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 17 2020 05:01:32
                Portfolio Recovery Associates, LLC,     POB 12914,    Norfolk VA 23541
14007276      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 17 2020 04:26:27
                Portfolio Recovery Ass,    120 Corporate Blvd Ste 1,     Norfolk, VA 23502-4952
14007278      +E-mail/PDF: pa_dc_claims@navient.com Jul 17 2020 04:26:22      Slm Financial Corp,
                11100 Usa Pkwy,    Fishers, IN 46037-9203
14007279      +E-mail/PDF: gecsedi@recoverycorp.com Jul 17 2020 05:04:20      Syncb/Amazon,    Po Box 965015,
                Orlando, FL 32896-5015
14007280      +E-mail/PDF: gecsedi@recoverycorp.com Jul 17 2020 04:26:27      Syncb/Gap,    Po Box 965005,
                Orlando, FL 32896-5005
14007281      +E-mail/PDF: gecsedi@recoverycorp.com Jul 17 2020 05:00:21      Syncb/Home Design Furn,
                C/O Po Box 965036,    Orlando, FL 32896-0001
14007282      +E-mail/PDF: gecsedi@recoverycorp.com Jul 17 2020 05:04:17      Syncb/Jcp,    Po Box 965007,
                Orlando, FL 32896-5007
14007283      +E-mail/PDF: gecsedi@recoverycorp.com Jul 17 2020 04:27:13      Syncb/Old Navy,     Po Box 965005,
                Orlando, FL 32896-5005
14007284      +E-mail/PDF: gecsedi@recoverycorp.com Jul 17 2020 04:38:39      Syncb/Whitehall,
                C/O Po Box 965036,    Orlando, FL 32896-0001
14028920      +E-mail/Text: bncmail@w-legal.com Jul 17 2020 04:20:50       TD BANK USA, N.A.,
                C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,     SEATTLE, WA 98121-3132
14007288      +E-mail/Text: BKRMailOps@weltman.com Jul 17 2020 04:20:48       Weltman Weinberg & Rei,
                965 Keynote Cir,    Brooklyn Heights, OH 44131-1829
                                                                                               TOTAL: 41

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Flagstar Bank FSB as servicer for Lakeview Loan Se
cr              LAKEVIEW LOAN SERVICING, LLC
14007275        Nicole Baservo
cr*            +Discover Student Loans,    PO Box 30925,    Salt Lake City, UT 84130-0925
cr*             ECMC,   P.O. Box 16408,    St. Paul, MN 55116-0408
14333120*       ECMC,   PO Box 16408,    St. Paul, MN 55116-0408
                                                                                   TOTALS: 3, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 18, 2020                                Signature:   /s/Joseph Speetjens

```
District/off: 0315-1                  User: bsil                    Page 3 of 3                    Date Rcvd: Jul 16, 2020
                                      Form ID: pdf900               Total Noticed: 67
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 16, 2020 at the address(es) listed below:

```
              James    Warmbrodt      on behalf of Creditor    Flagstar Bank FSB as servicer for Lakeview Loan
               Servicing, LLC bkgroup@kmllawgroup.com
              James    Warmbrodt      on behalf of Creditor     LAKEVIEW LOAN SERVICING, LLC bkgroup@kmllawgroup.com
              Jerome B. Blank     on behalf of Creditor     LAKEVIEW LOAN SERVICING, LLC pawb@fedphe.com
              John F. Kroto     on behalf of Creditor     Ally Financial john_kroto@pawb.uscourts.gov,
               knoxbank@hotmail.com,mwernicki@kmgslaw.com,burban@kmgslaw.com
              Kevin Scott Frankel      on behalf of Creditor    JPMorgan Chase Bank, National Association
               pabk@logs.com
              LeeAne O. Huggins      on behalf of Creditor    JPMorgan Chase Bank, National Association
               pabk@logs.com
              Louis R. Pomerico      on behalf of Debtor Amy B. Walter info@pomericolaw.com,
               pmcarr1920@outlook.com;loupom@aol.com;r50803@notify.bestcase.com
              Office of the United States Trustee      ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour      cmecf@chapter13trusteewdpa.com
              S. James Wallace     on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                                    TOTAL: 10
```